**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 14-6430**

———————

ORONDE S. MABRY,

            Petitioner - Appellant,

      v.

ERIC WILSON, Warden,

            Respondent - Appellee.

———————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Robert E. Payne, Senior District Judge.  (3:13-cv-00545-REP)

———————

Submitted:  July 29, 2014            Decided:  August 1, 2014

———————

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Oronde S. Mabry, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Oronde S. Mabry, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error because Mabry is not entitled to relief under Alleyne v. United States, 133 S. Ct. 2151 (2013). Accordingly, we grant leave to proceed in forma pauperis and affirm the district court's order. Mabry v. Wilson, No. 3:13-cv-00545-REP (E.D. Va. Mar. 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2